USCA1 Opinion

 

 December 17, 1992 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 92-1680 REMCO DISTRIBUTORS, INC., Plaintiff, Appellant, v. ORECK CORPORATION, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Douglas P. Woodlock, U.S. District Judge] ___________________ ____________________ Before Torruella, Circuit Judge, _____________ Brown* and Bownes, Senior Circuit Judges. _____________________ _____________________ John Foskett, with whom Eric I. Zucker and Deutsch Williams _____________ _______________ _________________ Brooks DeRensis Holland & Drachman, P.C., were on brief for ____________________________________________ appellant. Gary W. Smith, with whom Thomas D. Burns, Patricia B. Gary and ______________ ________________ _________________ Burns and Levinson, were on brief for appellee. __________________ ____________________ ____________________ ____________________ * Of the Fifth Circuit, sitting by designation. Per Curiam. We affirm the district court opinion with __________ respect to counts II-IV for the reasons stated in that opinion. Appellant did not appeal the district court's judgment on count I. See Remco Distributors, Inc. v. Oreck Corporation, No. 91- ___ _________________________ __________________ 40106 (D. Mass. April 28, 1992). Affirmed. ________